THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARCHIE T. EDWARDS and PATRICIA L. EDWARDS, <br><br> Plaintiffs, <br> v. <br><br> CALIBER HOME LOANS, *et al.*, <br><br> Defendants. | CASE NO. C16-1466-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On December 12, 2016, this Court issued an order granting Defendants' motion to dismiss, and dismissed all but one of Plaintiffs' claims without prejudice and with leave to amend. (Dkt. No. 25.) Plaintiffs had 30 days from the filing of the order to file an amended complaint. (*Id.* at 5.) On December 22, 2016, Plaintiffs appealed. (Dkt. No. 26.) The Ninth Circuit dismissed the appeal for lack of jurisdiction because the order appealed was not final or appealable. (Dkt. No. 28.) The Mandate for the Ninth Circuit's Order issued on March 22, 2017. (Dkt. No. 29.) Although more than 30 days have passed since this Court's order, the Court ORDERS that Plaintiffs are granted until April 7, 2017 to file an amended complaint. Failure to do so will result in Plaintiffs' case being dismissed with

1 | prejudice.

2 | DATED this 27th day of March 2017.

William M. McCool<br>
Clerk of Court<br><br>
/s/Paula McNabb<br>
Deputy Clerk